# EXHIBIT "A"

## IN RE LOTS WAKO, INC.
## BANKRUPTCY CASE NO. 07-741

### Summary of Professional Time
### Fifth Interim Fee Application

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| John R. Lacy | 2.9 | $445.00 | 1,290.50 |
| Bruce L. Lamon | 2.9 | $395.00 | 1,145.50 |
| Randall K. Steverson | 16.7 | $385.00 | 6,429.50 |
| Walter C. Davison | 235.7 | $335.00 | 78,959.50 |
| LindaLee K. Farm | 100.00 | $325.00 | 32,500.00 |
| Alan J. Fujimoto | 1.7 | $310.00 | 527.00 |
| Robert K. Fricke | 25.8 | $250.00 | 6,450.00 |
| Alicia G. Huffman | 12.8 | $235.00 | 3,008.00 |
| Ronald H.W. Lum, Jr. | 46.2 | $175.00 | 8.085.00 |
| Seth K. Weaver | 119.7 | $175.00 | 20,947.50 |
| Jessica M. Mickelsen | 409.6 | $160.00 | 65,536.00 |
| Brian P. Sheehy | 9.8 | $150.00 | 1,470.00 |
| Go R. Kobayashi | 1.5 | $155.00 | 232.50 |
| Lynn Lai Hipp | 2.1 | 160.00 | 336.00 |
| Joyce M. Allen | 24.2 | $145.00 | 3,509.00 |

2734697.1